*Friday, September 7, 2001*

## MISCELLANEOUS DISMISSALS

**01–435. State ex rel. S. Cent. Ohio Dist. Council of Carpenters, U.B.C.J. of A., AFL–CIO v. Gallia–Jackson–Meigs–Vinton Solid Waste Dist.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relators' application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Monday, September 10, 2001*

## MOTION DOCKET

**01–1518. State v. Gapen.**
Montgomery C.P. No. 2000CR02945. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas of Montgomery County. Upon consideration of appellant's motion for stay of execution,

IT IS ORDERED by the court that the motion for stay of execution be, and hereby is, granted pending disposition of this appeal.

*Tuesday, September 11, 2001*

## MISCELLANEOUS DOCKET

**In re Extension of Filing Deadline.**
It appearing to the court that access to the Supreme Court Clerk's Office was inhibited on September, 11, 2001,

IT IS ORDERED by the court, *sua sponte*, that documents due to be filed in the Supreme Court by the deadline of September 11, 2001, may be accepted for filing on September 12, 2001.

*Wednesday, September 12, 2001*

## MOTION DOCKET

**01–1093. State ex rel. Yellow Freight Sys., Inc. v. Indus. Comm.**
Franklin App. No. 00AP–920. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's motion to stay proceedings and briefing schedule pending settlement in this case pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion be, and hereby is, granted, and proceedings and briefing schedule are stayed, effective September 11, 2001.

## MISCELLANEOUS DISMISSALS

**00–1942. State ex rel. Ruscilli Constr. Co. v. Indus. Comm.**
Franklin App. No. 99AP–1328. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

**00–2191. State ex rel. Ruscilli Constr. Co. v. Indus. Comm.**
Franklin App. No. 99AP–1328. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.